HARRY DVORKEN, TRUSTEE IN BANKRUPTCY OF RICH-
ARD MICHAEL BARRETT, BANKRUPT, PLAINTIFF-
PETITIONER, v. BARBARA BARRETT, *ET ALS*, DE-
FENDANT-RESPONDENT.

Argued November 18, 1968—Decided December 2, 1968.

*Mr. Harry Dvorken* argued the cause for appellant.

*Mr. Peter A. Benz* argued the cause for respondent.

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Sullivan of the Appellate Division. 100 *N. J. Super.* 306.

*For affirmance* — Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANEMAN — 7.

*For reversal* — None.